UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD K. NIEMI, MARK NIEMI, d/b/a
RICHARD K. NIEMI DESIGN AND
ENGINEERING SERVICES, and RKN
TECHNOLOGY, LLC.

      Plaintiffs,

v.

AMERICAN AXLE MANUFACTURING
& HOLDING INC., successor corporation to
AMERICAN AXLE &
MANUFACTURING OF MICHIGAN, a
defunct corporation, AMERICAN AXLE
MANUFACTURING INC.,
SPRINGFIELD TOOL & DIE, INC.,
successor corporation to NEWCO OF
DUNCAN INC., a defunct corporation, and
JAMES ONYSKI,

      Defendants.
_____/

Case No. 05-74210

Honorable Patrick J. Duggan

## ORDER GRANTING SPRINGFIELD TOOL & DIE, INC.'S MOTION FOR A PROTECTIVE ORDER

On November 2, 2005, Plaintiffs filed a copyright infringement action against Defendants. Presently before the Court is a dispute revolving around documents which Defendant Springfield Tool & Die, Inc. ("SPD") produced during discovery. A hearing on this motion was held on September 25, 2006.

For the reasons set forth in an Opinion filed under seal and issued on this date,

**IT IS ORDERED**, that Springfield Tool & Die, Inc.'s motion for a protective order is **GRANTED.**

**IT IS FURTHER ORDERED**, that these documents are not subject to discovery and cannot be used for any purpose in this proceeding.

**IT IS FURTHER ORDERED**, that these documents, any copies of these documents, and any notes and memoranda discussing these documents be returned to Springfield Tool & Die, Inc. or destroyed.

                                                  s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
Robin H. Kyle, Esq.
Donald Schlyer, Esq.
George D. Moustakas, Esq.
Christian J. Garascia, Esq.