UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASE NO.05-74210
HON. PATRICK J. DUGGAN

RICHARD K. NIEMI, ET.AL
      Plaintiff(s),
vs.

AMERICAN AXLE MANUFACTURING & HOLDING, INC., ET.AL,
      Defendant(s).
_____/

**ORDER REGARDING SEALED MATERIALS**
**IN COMPLIANCE WITH LOCAL RULES 5.3 AND 5.4**

Pursuant to Local Rule 5.3/5.4 regarding sealed materials,

**NOW THEREFORE, IT IS ORDERED** that the Clerk of Court is directed to:

____     Unseal document Number in this case and restore it to the public file.

__X__     Unseal the sealed documents, return to the submitting party and amend the court record to reflect this action.(Docket Entries or portions thereof:#100,101,109,110,111,117,124,126,128,129,135,159,160,161,162,163,165,166,167,168,169,170,171,172,173,174,175,176,177,178,179,180,187,188,189,190,193,194,196,197,205,206,207,208,209,210,211,213,217,219,220)

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 12, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 12, 2008, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager